IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Falon B. Davis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

NYC; Catholic Charities
P.O. John Doe #1; John Doe
#2

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 25-cv-04360-PKC-JAM
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☑ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Falon B. Davis |
| Street Address | 157 Graham Ave |
| City and County | Brooklyn |
| State and Zip Code | New York, 11206 |
| Telephone Number | (347) 723-4464 |
| E-mail Address | davisfalon825@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of New York |
| Job or Title (if known) | Mayor |
| Street Address | City Hall |
| City and County | N.Y. |
| State and Zip Code | N.Y. |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

Name: Catholic Charities

Job or Title (if known): Provider of Assisted Living Facilitie

Street Address: 191 Joralemon St

City and County: Brooklyn

State and Zip Code: New York 11201

Telephone Number: (718) 722-6000

E-mail Address (if known):

Defendant No. 3

Name: P.O. John Doe #1

Job or Title (if known): Police Officer

Street Address: C/o 90th Precint, 211 Union Ave

City and County: Brooklyn

State and Zip Code: New York 11211

Telephone Number: (718) 963-5311

E-mail Address (if known):

Defendant No. 4

Name: P.O. John Doe #2

Job or Title (if known): Police Officer

Street Address: C/o 90th Precinct 211 Union Ave

City and County: Brooklyn

State and Zip Code: New York 11211

Telephone Number: (718) 963-5311

E-mail Address (if known):

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☑ State or local officials (a § 1983 claim)
- ☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment; 14th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was illegally aressted for the crimes of Rape in the 1st Degree and Assault in the 1st Degree, charges the police knew to be false. Also, Catholic Charities office in Downtown Brooklyn has refused to co-operate with my criminal attorney to get camera footage of the date in question, as well as statements

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the lobby of my building, 157 Graham Ave, brooKly, N.Y., 11206

B. What date and approximate time did the events giving rise to your claim(s) occur?

10-2[illegible] 2024 approximately 5 pM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 10-22-24, I was arrested for Rape 1° and assault 1°. Based solely on the word of the alleged victim, I was arrested without my rights being read to me and placed on Rikers Island. The Catholic Charities administration did not co-pperate with my criminal attorney, by refusing him access to the video servellience tape (which is now lost due to the policy of tapes being erased and reused afted 30 days), of allow my attorney to speak to specific employees that had relevant information to my case.



## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

NYPD = 1 million dollars Catholic Charites = 500 thousand dollars. P.O.'s John Doe 1 & John Doe 2 = 50 thousand each, In accordance, I seek trebel damages on the amounts given. The police acted neglientlly in trumping up charges as well as catholic Charities denying my lawyer and me access to information to my case that was in my benefit

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-30, 2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Falon Davis



Caring Supported Housing LLC
*Affiliate of Catholic Charities, Brooklyn & Queens*

157 Graham Ave
Brooklyn, NY 11206
T 718-963-3955
F 718-782-6690

April 24, 2025

To Whom It May Concern:

Please accept this letter as proof of residence that Mr. Falon Davis is a tenant of Caring Supported Housing LLC, Most Holy Trinity Single Room Occupancy, located at 157 Graham Avenue, Apartment 408, Brooklyn, NY 11206.

**Caring**
**Commitment**
**Community**

Mr. Davis is the only resident and head of household in Apartment 408. His share of rent as of the date of the letter is $280.00 per month, which includes heat and electricity.

If any additional information is needed regarding Mr. Davis' residency at our facility, please contact me at 718-963-3955.

Best Regards,

Mr. Trevor Wyatt
Property Manager
Caring Supported Housing LLC, Progress of Peoples Management